**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stanley Fishman, | ) | No. CV-07-1106-PHX-LOA |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Mel Clayton Ford, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court is in receipt of Plaintiff's motion (docket #11) which the undersigned will construe as a Motion to Reopen Case.

Plaintiff's motion appears to be addressing the dismissal of his appeal in the United States Court of Appeals for the Ninth Circuit and, therefore, is incorrectly filed in this Court. In the event Plaintiff seeks to reopen this case at the District Court level,

**IT IS ORDERED denying** Plaintiff's Motion to Reopen Case. (docket #11)

DATED this 20th day of September, 2007.

Lawrence O. Anderson
United States Magistrate Judge